Danielle L. Kuck (State Bar No. 291782)
dkuck@wshblaw.com
Diana L. Ramirez Vielman (State Bar No. 346423)
drvielman@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
2815 Townsgate Road, Suite 215
Thousand Oaks, California 91361-5827, United States
Phone: (820) 333-4250 ♦ Fax: (820) 333-4249

Attorneys for Bechtel National, Inc. (*erroneously sued as Bechtel International Corporation*)

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2815 TOWNSGATE ROAD, SUITE 215
THOUSAND OAKS, CALIFORNIA 91361-5827, UNITED STATES
TELEPHONE (820) 333-4250 ♦ FAX (820) 333-4249

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

DAVID PERRIGO, an individual ,

Plaintiff,

v.

NORTHROP GRUMMAN CORPORATION, a Business Entity; BECHTEL INTERNATIONAL CORPORATION, a Business Entity; and Does 1 to 100, Inclusive,

Defendant.

Case No. 2:23-cv-07602 GW (SKx)

**JOINT STIPULATION TO CONTINUE TRIAL**

Trial Date: 08/27/2024

Plaintiff, David Perrigo, by and through his counsel, Defendants Bechtel National, Inc. (*erroneously sued as Bechtel International Corporation*) and Northrop Grumman Systems Corporation . (*erroneously sued as Northrop Grumman Corporation*), and Third-Party Defendant BRPH Construction Services, Inc. hereby stipulate as follows:

**WHEREAS**, on November 16, 2023, pursuant to the stipulation of the Parties, this Court entered an order scheduling this case (Dkt. 24) (Scheduling Order);

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2815 TOWNSGATE ROAD, SUITE 215
THOUSAND OAKS, CALIFORNIA 91361-5827, UNITED STATES
TELEPHONE (820) 333-4250 ♦ FAX (820) 333-4249

**WHEREAS**, the Court entered the following deadlines:

| | |
|---|---|
| Discovery Cut-Off: | May 10, 2024 |
| Expert Initial Disclosures: | July 8, 2024 |
| Expert Rebuttal Disclosures: | July 29, 2024 |
| Last Day to Hear Motions: | July 15, 2024 |
| File Memorandum of Contentions of Facts and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine: | August 7, 2024 |
| Lodge Pre-Trial Conference Order & Pre-Trial Exhibit Stipulation; File Contentions of Fact & Law; Exhibit & Witnesses Lists; File Joint Status Report Regarding Settlement: | August 9, 2024 |
| Final Pretrial Conference and Hearing on Motions in Limine: | August 15, 2024 |
| Trial Date (Est. 6-7 Days): | August 27, 2024 |

**WHEREAS**, the Parties have reserved mediation with Hon. Thierry P. Colaw and are scheduled to participate in mediation on September 17, 2024;

**WHEREAS**, no prior extension of the foregoing deadlines has been sought by the parties; and

**WHEREAS**, the parties have met and conferred in good faith and now jointly seek the Court's approval to amend the Scheduling Order (Dkt. 24) as follows:

| | |
|---|---|
| Discovery Cut-Off: | August 8, 2024 |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2815 TOWNSGATE ROAD, SUITE 215
THOUSAND OAKS, CALIFORNIA 91361-5827, UNITED STATES
TELEPHONE (820) 333-4250 ♦ FAX (820) 333-4249

| | |
|---|---|
| Expert Initial Disclosures: | October 7, 2024 |
| Expert Rebuttal Disclosures: | October 28, 2024 |
| Last Day to Hear Motions: | October 14, 2024 |
| File Memorandum of Contentions of Facts and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine: | November 5, 2024 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Instructions and Verdict Forms, and file oppositions: | November 8, 2024 |
| Final Pretrial Conference and Hearing on Motions in Limine: | November 13, 2024 |
| Trial Date (Est. 7-10 Days): | November 25, 2024 |

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through the undersigned counsel, as follows:

Upon the Court's approval, the Scheduling Order (Dkt. 24) shall be amended as follows:

| | |
|---|---|
| Discovery Cut-Off: | August 8, 2024 |
| Expert Initial Disclosures: | October 7, 2024 |
| Expert Rebuttal Disclosures: | October 28, 2024 |
| Last Day to Hear Motions: | October 14, 2024 |
| File Memorandum of Contentions of Facts and Law, Exhibit and | |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2815 TOWNSGATE ROAD, SUITE 215
THOUSAND OAKS, CALIFORNIA 91361-5827, UNITED STATES
TELEPHONE (820) 333-4250 ♦ FAX (820) 333-4249

| | |
|---|---|
| Witness Lists, Status Report regarding settlement, and all Motions in Limine: | November 5, 2024 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Instructions and Verdict Forms, and file oppositions: | November 8, 2024 |
| Final Pretrial Conference and Hearing on Motions in Limine: | November 13, 2024 |
| Trial Date (Est. 7-10 Days): | November 25, 2024 |

**IT IS SO STIPULATED**.

DATED: April 24, 2024

**WOOD, SMITH, HENNING & BERMAN LLP**

By: ______________________

**DANIELLE L. KUCK**
**DIANA L. RAMIREZ VIELMAN**
Attorneys for Bechtel National, Inc. (erroneously sued as Bechtel International Corporation)

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2815 TOWNSGATE ROAD, SUITE 215
THOUSAND OAKS, CALIFORNIA 91361-5827, UNITED STATES
TELEPHONE (820) 333-4250 ♦ FAX (820) 333-4249

Dated: April 17, 2024

**THE SIMON LAW GROUP LLP**

BY: ______________________________
**THOMAS J. CONROY**
**LUCAS A. WHITEHILL**
**ASHLEY E. KIM**
Attorneys for Plaintiff
DAVID PERRIGO

Dated: April 16, 2024

**TUCKER ELLIS LLP**

BY: ______________________________
**DANIEL J. KELLY**
Attorney for Defendant
NORTHROP GRUMMAN SYSTEMS CORPORATION

Dated: April 16, 2024

**LYNBERG & WATKINS**
A Professional Corporation

BY: ______________________________
**MICHAEL J. LARIN**
**ANDREW A. HIGGS**
Attorneys for Third-Party Defendant
BRPH CONSTRUCTION SERVICES, INC.