Danielle L. Kuck (State Bar No. 291782)
dkuck@wshblaw.com
Ashton L. McKinnon (State Bar No. 310226)
amckinnon@wshblaw.com
Diana L. Ramirez Vielman (State Bar No. 346423)
drvielman@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
2815 Townsgate Road, Suite 215
Thousand Oaks, California 91361-5827, United States
Phone: (820) 333-4250 ♦ Fax: (820) 333-4249

Attorneys for Bechtel National, Inc.
(*erroneously sued as Bechtel International Corporation*)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID PERRIGO, an individual , <br><br> Plaintiff, <br><br> v. <br><br> NORTHROP GRUMMAN CORPORATION, a Business Entity; BECHTEL INTERNATIONAL CORPORATION, a Business Entity; and Does 1 to 100, Inclusive, <br><br> Defendant. | Case No. CV 23-7602-GW-SKx <br><br> **ORDER GRANTING STIPULATION TO CONTINUE TRIAL** <br><br> Trial Date:        08/27/2024 |

*(sidebar, vertical text)* WOOD, SMITH, HENNING & BERMAN LLP — Attorneys at Law — 2815 TOWNSGATE ROAD, SUITE 215 — THOUSAND OAKS, CALIFORNIA 91361-5827, UNITED STATES — TELEPHONE (820) 333-4250 ♦ FAX (820) 333-4249

32492890.1:05746-0527

GOOD CAUSE APPEARING THEREFORE, and the Parties having stipulated, it is hereby ORDERED that the trial date in the above matter shall be continued ninety (90) days from August 27, 2024 to November 26, 2024 at 9:00 a.m. The pretrial conference is continued from August 15, 2024 to November 14, 2024 at 8:30 a.m. The post mediation status conference set for July 1, 2024 is continued to October 3, 2024 at 8:30 a.m. The parties are to file a joint mediation report by noon on October 1, 2024.

The court further ORDERS that the various deadlines set forth in the Stipulation signed by the parties be changed as set forth therein.

IT IS SO ORDERED:

DATED:  April 25, 2024

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2815 TOWNSGATE ROAD, SUITE 215
THOUSAND OAKS, CALIFORNIA 91361-5827, UNITED STATES
TELEPHONE (820) 333-4250 ♦ FAX (820) 333-4249