Danielle L. Kuck (State Bar No. 291782)
dkuck@wshblaw.com
Diana L. Ramirez Vielman (State Bar No. 346423)
drvielman@wshblaw.com
Ashton L. McKinnon (State Bar No. 310226)
amckinnon@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
2815 Townsgate Road, Suite 215
Thousand Oaks, California 91361-5827, United States
Phone: (820) 333-4250 ♦ Fax: (820) 333-4249

Attorneys for Bechtel National, Inc.
(*erroneously sued as Bechtel International Corporation*)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID PERRIGO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> NORTHROP GRUMMAN CORPORATION, a Business Entity; BECHTEL INTERNATIONAL CORPORATION, a Business Entity; and Does 1 to 100, Inclusive, <br><br> Defendant. | Case No. 2:23-cv-07602 GW (SKx) <br><br> **JOINT STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATE ONLY** <br><br> Trial Date:    11/26/2024 |

Plaintiff, David Perrigo, by and through his counsel, and Defendants Bechtel National, Inc. (*erroneously sued as Bechtel International Corporation*) and Northrop Grumman Systems Corporation. (*erroneously sued as Northrop Grumman Corporation*), and Third-Party Defendant BRPH Construction Services, Inc. hereby stipulate as follows:

**WHEREAS**, on April 25, 2024, pursuant to the stipulation of the Parties, this Court entered an Order Granting Stipulation to Continue Trial (Dkt. 43) amending the prior Scheduling Order in this case;

**WHEREAS**, the Court entered the following deadlines in approval of the Parties Joint Stipulation Continue Trial (Dkt. 42) and to amend the prior Scheduling Order as follows:

| | |
|---|---|
| Discovery Cut-Off: | August 8, 2024 |
| Expert Initial Disclosures: | October 7, 2024 |
| Expert Rebuttal Disclosures: | October 28, 2024 |
| Last Day to Hear Motions: | October 14, 2024 |
| File Memorandum of Contentions of Facts and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine: | November 5, 2024 |
| Lodge Pre-Trial Conference Order & Pre-Trial Exhibit Stipulation; File Contentions of Fact & Law; Exhibit & Witnesses Lists; File Joint Status Report Regarding Settlement: | November 8, 2024 |
| Final Pretrial Conference and Hearing on Motions in Limine: | November 14, 2024 |
| Trial Date (Est. 6-7 Days): | November 26, 2024 |

**WHEREAS**, the Parties have reserved mediation with Hon. Thierry P. Colaw and are scheduled to participate in mediation on September 17, 2024;

**WHEREAS**, the Parties have been actively engaged in efforts to coordinate and accommodate all counsel, party, and party-affiliated witnesses schedules to complete all written discovery and depositions being sought by the Parties and have

determined additional time is required to accomplish the same; and

**WHEREAS**, the Parties have met and conferred in good faith and now jointly seek the Court's approval to amend the Scheduling Order to extend the Discovery Cut-Off Date Only;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through the undersigned counsel, as follows:

Upon the Court's approval, the Scheduling Order shall be amended as the Discovery Cut-Off Date Only as follows:

| | |
|---|---|
| Discovery Cut-Off: | September 6, 2024 |

**IT IS SO STIPULATED**.

DATED: June 27, 2024

**WOOD, SMITH, HENNING & BERMAN LLP**

By: _[signature]_

**DANIELLE L. KUCK
ASHTON L. McKINNON
DIANA L. RAMIREZ VIELMAN**

Attorneys for Bechtel National, Inc. (erroneously sued as Bechtel International Corporation)

| | | |
|---|---|---|
| 1 | Dated: June 26, 2024 | **THE SIMON LAW GROUP LLP** |
| 2 | | |
| 3 | | BY: _____ |
| 4 | | **THOMAS J. CONROY** |
| | | **LUCAS A. WHITEHILL** |
| 5 | | **ASHLEY E. KIM** |
| 6 | | Attorneys for Plaintiff |
| | | DAVID PERRIGO |
| 7 | | |
| 8 | | |
| 9 | Dated: June 26, 2024 | **TUCKER ELLIS LLP** |
| 10 | | |
| 11 | | BY: _____ |
| 12 | | **DANIEL J. KELLY** |
| | | Attorney for Defendant |
| 13 | | NORTHROP GRUMMAN SYSTEMS |
| 14 | | CORPORATION |
| 15 | Dated: June 26, 2024 | **LYNBERG & WATKINS** |
| | | A Professional Corporation |
| 16 | | |
| 17 | | |
| 18 | | BY: _____ |
| 19 | | **MICHAEL J. LARIN** |
| | | **ANDREW A. HIGGS** |
| 20 | | Attorneys for Third-Party Defendant |
| 21 | | BRPH CONSTRUCTION SERVICES, INC. |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2815 TOWNSGATE ROAD, SUITE 215
THOUSAND OAKS, CALIFORNIA 91361-5827, UNITED STATES
TELEPHONE (820) 333-4250 ♦ FAX (820) 333-4249

33466343.1:05746-0527

-4-

JOINT STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATE ONLY

# PROOF OF SERVICE

**David Perrigo v. Bechtel International Corp., et al.**
**Case No. 2:23-cv-07602-GW (SKx)**

I am employed in the County of Ventura, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 2815 Townsgate Road, Suite 215, Thousand Oaks, CA 91361-5827, United States.

On June 27, 2024, I served the following document(s) described as **JOINT STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATE ONLY** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address asayle@wshblaw.com to the persons at the electronic notification address listed in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was not successful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 27, 2024, at Thousand Oaks, California.

Allie S. Sayle

**SERVICE LIST**
**David Perrigo v. Bechtel International Corp., et al.**
**Case No. 2:23-cv-07602-GW (SKx)**

**E-SERVICE**

| | |
|---|---|
| Thomas J. Conroy<br>Lucas A. Whitehill<br>Ashley E. Kim<br>THE SIMON LAW GROUP LLP<br>2916 W. 164th Street<br>Torrance, CA 90504<br>Tel.: (310) 914-5400<br>Fax: (310) 914-5401<br>Email: conroy@justiceteam.com<br>lucas@justiceteam.com<br>akim@justiceteam.com<br>veronica@justiceteam.com<br><br>**Attorneys for Plaintiff, DAVID PERRIGO** | Daniel J. Kelly<br>TUCKER ELLIS LLP<br>201 Mission Street, Suite 2310<br>San Francisco, CA 94105<br>Tel.: (415) 617-2203<br>Fax: (415) 617-2409<br>Cell: (415) 877-6018<br>Email: daniel.kelly@tuckerellis.com<br>Anthony.brosamle@tuckerellis.com<br>Nwadiuto.Amajoyi@tuckerellis.com<br>leigh.ray@tuckerellis.com<br><br>**Attorneys for Defendant Northrop Grumman Corporation** |
| Michael J. Larin<br>Andrew A. Higgs<br>LYNBERG & WATKINS<br>1150 S Olive Street, 18th Floor<br>Los Angeles, California 90015<br>Tel.: (213) 532-7005<br>Fax: (213) 892-2763<br>Email: mlarin@lynberg.com<br>ahiggs@lynberg.com<br>hesparza@lynberg.com<br>gbarning@lynberg.com<br>randerson@lynberg.com<br><br>**Attorneys for Third-Party Defendant, BRPH Construction Service** | |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2815 TOWNSGATE ROAD, SUITE 215
THOUSAND OAKS, CALIFORNIA 91361-5827, UNITED STATES
TELEPHONE (820) 333-4250 ♦ FAX (820) 333-4249

33466343.1:05746-0527

-2-
JOINT STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATE ONLY