Danielle L. Kuck (State Bar No. 291782)
dkuck@wshblaw.com
Diana L. Ramirez Vielman (State Bar No. 346423)
drvielman@wshblaw.com
Ashton L. McKinnon (State Bar No. 310226)
amckinnon@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
2815 Townsgate Road, Suite 215
Thousand Oaks, California 91361-5827, United States
Phone: (820) 333-4250 ♦ Fax: (820) 333-4249

Attorneys for Bechtel National, Inc.
(*erroneously sued as Bechtel International Corporation*)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID PERRIGO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> NORTHROP GRUMMAN CORPORATION, a Business Entity; BECHTEL INTERNATIONAL CORPORATION, a Business Entity; and Does 1 to 100, Inclusive, <br><br> Defendant. | Case No. CV 23-7602-GW-SKx <br><br> **ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATE ONLY** <br><br> Trial Date: 11/26/2024 |

33480057.1:05746-0527

-1-

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO
CONTINUE DISCOVERY CUT-OFF DATE ONLY

1  GOOD CAUSE APPEARING THEREFORE, and the Parties having
2  stipulated, it is hereby ORDERED that the Discovery Cut-Off Date shall be continued
3  from August 8, 2024 to September 6, 2024. All other dates and deadlines set forth in
4  the Parties prior Joint Stipulation to Continue Trial (Dkt. 42) and the Court's April 25,
5  2024 Order Granting the Joint Stipulation (Dkt. 43) shall remain unchanged as set
6  forth therein.

8  IT IS SO ORDERED:

10 DATED: July 1, 2024

*[signature]*

HON. GEORGE H. WU,
United States District Judge

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2815 TOWNSGATE ROAD, SUITE 215
THOUSAND OAKS, CALIFORNIA 91361-5827, UNITED STATES
TELEPHONE (820) 333-4250 ♦ FAX (820) 333-4249