THOMAS J. CONROY (SBN 256485)
EVAN A. GARCIA (SBN 331097)
ASHLEY E. KIM (SBN 339240)
THE SIMON LAW GROUP LLP
2916 W. 164th Street
Torrance, CA 90504
Telephone (310) 914-5400
Facsimile  (310) 914-5401
Email: conroy@justiceteam.com; evan@justiceteam.com; akim@justiceteam.com
E-Service All Documents: veronica@justiceteam.com

Attorneys for Plaintiff, DAVID PERRIGO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRIGO, an Individual<br><br>    Plaintiffs,<br><br>vs.<br><br>NORTHROP GRUMMAN CORPORATION, a Business Entity; BECHTEL INTERNATIONAL CORPORATION, a Business Entity; and Does 1 to 50, Inclusive<br><br>    Defendants. | CASE NO.: 2:23-cv-07602 GW (SKx)<br><br>**NOTICE OF SETTLEMENT**<br><br>[*Assigned to District Judge George H. Wu Magistrate Judge Steve Kim*]<br><br>Trial: January 21, 2025 |

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that Plaintiff David Perrigo, Defendant Northrop Grumman Systems Corporation (erroneously sued as Northrop Grumman Corporation), Defendant Bechtel National Inc. (erroneously sued as Bechtel International Corporation), and Third-Party Defendant BRPH Construction Services, Inc. (collectively, the "Parties") have reached a settlement regarding

1

NOTICE OF SETTLEMENT

Plaintiff's claims against Defendants Northrop and Bechtel, and Defendant Bechtel's crossclaims against Third-Party Defendant BRPH.

With this settlement, all claims currently pending before the Court in this action have been resolved. The Parties therefore respectfully request that the Court vacate all current case deadlines.

The Parties are in the process of documenting and finalizing said settlement. Once the settlement is finalized, the Parties will stipulate to dismiss this action under Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: December 3, 2024                Respectfully submitted,

                                        THE SIMON LAW GROUP

                                        _____
                                        THOMAS J. CONROY
                                        EVAN A. GARCIA
                                        ASHLEY E. KIM

                                        for Plaintiff, DAVID PERRIGO

2
**NOTICE OF SETTLEMENT**

| | |
|---|---|
| **PROOF OF SERVICE** | Perrigo v. Northrop Grumman Corporation, et al.<br>Case No.: 2:23−cv−07602 GW (SKx) |

## CERTIFICATE OF SERVICE

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ.R. 5(b). I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this case. My business address is: 2916 W 164th Street, Torrance, CA 90504.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF SETTLEMENT**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Central District of California who have consented to electronic service shall constitute service of the filed document to all such parties.in the manner stated below:

☒   Service information continued on attached page

I declare under penalty of perjury that I am employed in the office of a member admitted to practice before the District Court for the Central District of California and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

December 3, 2024
*Date:*                                           *Veronica Fuentes*

3
**NOTICE OF SETTLEMENT**

# SERVICE LIST

Daniel J. Kelly, Esq.
Tucker Ellis LLP
201 Mission Street, Suite 2310
San Francisco, CA 94105
Direct: (415) 617-2203
Fax: (415) 617-2409
Mobile: (415) 877-6018
Emails: daniel.kelly@tuckerellis.com; anthony.brosamle@tuckerellis.com; Nwadiuto.Amajoyi@tuckerellis.com; leigh.ray@tuckerellis.com; anna.villanueva@tuckerellis.com
Attorneys for Defendant, Northrop Grumman Systems Corporation, erroneously sued and served as Northrop Grumman Corporation

Danielle L. Kuck, Esq.
Diana L. Ramirez Vielman, Esq.
Wood Smith Henning Berman
2815 Townsgate Road, Suite 215
Thousand Oaks, CA 91361 5827
Direct: (820) 333-4201
Main: (818) 254-5771
Emails: dkuck@wshblaw.com; CEstorga@wshblaw.com; drvielman@wshblaw.com; bheller@wshblaw.com; ASayle@wshblaw.com; AMcKinnon@wshblaw.com;
Attorneys for Bechtel National Inc., erroneously sued and served as Bechtel International Corporation

Michael J. Larin, Esq.
Andrew A. Higgs, Esq.
Ryan Anderson, Esq.
Lynberg & Watkins
1150 S. Olive Street, 18th Floor
Los Angeles, California 90015
Direct: (213) 532-7005
Fax: (213) 892-2763
Emails: mlarin@lynberg.com; ahiggs@lynberg.com; randerson@lynberg.com; hesparza@lynberg.com; mgarcia@lynberg.com; gbarning@lynberg.com;
Attorneys for Third-Party Defendant BRPH Construction Services