UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-7602-GW-SKx | Date | December 4, 2024 |
|---|---|---|---|
| Title | *David Perrigo v. Northrop Grumman Corporation, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On December 3, 2024, Plaintiff David Perrigo filed a Notice of Settlement [161]. The Court vacates all currently set dates, and sets an order to show re: settlement hearing for February 6, 2025 at 8:30 a.m. The parties are to file a stipulation to dismiss, or a joint status report by noon on February 4, 2025.

|  | : |
|---|---|
| Initials of Preparer | JG |