Danielle L. Kuck (State Bar No. 291782)
dkuck@wshblaw.com
Ashton L. McKinnon (State Bar No. 310226)
amckinnon@wshblaw.com
Diana L. Ramirez Vielman (State Bar No. 346423)
drvielman@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
2815 Townsgate Road, Suite 215
Thousand Oaks, California 91361-5827, United States
Phone: (820) 333-4250 ♦ Fax: (820) 333-4249

Attorneys for Bechtel National, Inc.
(*erroneously sued as Bechtel International Corporation*)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID PERRIGO, an individual, <br><br>    Plaintiff, <br><br> v. <br><br> NORTHROP GRUMMAN CORPORATION, a Business Entity; BECHTEL INTERNATIONAL CORPORATION, a Business Entity; and Does 1 to 100, Inclusive, <br><br>    Defendant. <br><br> AND RELATED CROSS-ACTIONS | Case No. 2:23-cv-07602 GW (SKx) <br><br> **NOTICE OF JOINT STIPULATION TO DISMISS BECHTEL NATIONAL INC.'S THIRD PARTY COMPLAINT AGAINST BRPH CONSTRUCTION SERVICES** <br><br> Trial Date:       11/26/2024 |

Third Party Plaintiff BECHTEL NATIONAL, INC. ("Bechtel") filed a Third-Party Complaint against Third Party Defendant BRPH CONSTRUCTION SERVICES ("BRPH") in the above referenced matter. Bechtel and BRPH by and through their undersigned attorneys, stipulate as follows:

1.    On November 26, 2024 a settlement was reached at Mediation between Bechtel and BRPH.

2.    The settlement between these parties noted above was memorialized in

1  a formal, executed Release and Settlement Agreement on or about February 7, 2025.

2  3. BRPH, by and through its insurance carrier, has satisfied the conditions
3  of the Release and Settlement Agreement.

4  4. Therefore, it is hereby stipulated that Bechtel's Third Party Complaint
5  against BRPH is hereby dismissed with prejudice.

7  DATED: May 29, 2025          WOOD, SMITH, HENNING & BERMAN LLP

By:   /s/ Danielle L. Kuck
      DANIELLE L. KUCK
      ASHTON L. McKINNON
      DIANA L. RAMIREZ VIELMAN
Attorneys for Bechtel National, Inc.
(erroneously sued as Bechtel International Corporation)

DATED: May 29, 2025          LYNBERG & WATKINS

By:   /s/ Ryan Anderson
      RYAN ANDERSON
Attorneys for Third-Party Defendant, BRPH CONSTRUCTION SERVICES

# PROOF OF SERVICE

**David Perrigo v. Bechtel International Corp., et al.
Case No. 2:23-cv-07602-GW (SKx)**

I am employed in the County of Ventura, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 2815 Townsgate Road, Suite 215, Thousand Oaks, CA 91361-5827, United States.

On May 29, 2025, I served the following document(s) described as **NOTICE OF JOINT STIPULATION TO DISMISS BECHTEL NATIONAL INC.'S THIRD PARTY COMPLAINT AGAINST BRPH CONSTRUCTION SERVICES** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 29, 2025, at Thousand Oaks, California.

/s/ Courtney Estorga
Courtney Estorga

38107047.1:05746-0527

-1-
STIPULATION TO DISMISS

**SERVICE LIST**
**David Perrigo v. Bechtel International Corp., et al.**
**Case No. 2:23-cv-07602-GW (SKx)**

**E-SERVICE**

| | |
|---|---|
| Thomas J. Conroy<br>Lucas A. Whitehill<br>Ashley E. Kim<br>Evan A. Garcia<br>THE SIMON LAW GROUP LLP<br>2916 W. 164th Street<br>Torrance, CA 90504<br>Tel.: (310) 914-5400<br>Fax: (310) 914-5401<br>Email: conroy@justiceteam.com<br>lucas@justiceteam.com<br>akim@justiceteam.com<br>veronica@justiceteam.com<br>evan@justiceteam.com<br><br>**Attorneys for Plaintiff, DAVID PERRIGO** | Daniel J. Kelly<br>TUCKER ELLIS LLP<br>201 Mission Street, Suite 2310<br>San Francisco, CA 94105<br>Tel.: (415) 617-2203<br>Fax: (415) 617-2409<br>Cell: (415) 877-6018<br>Email: daniel.kelly@tuckerellis.com<br>Anthony.brosamle@tuckerellis.com<br>Nwadiuto.Amajoyi@tuckerellis.com<br>leigh.ray@tuckerellis.com<br><br>**Attorneys for Defendant Northrop Grumman Corporation** |

Michael J. Larin
Andrew A. Higgs
Ryan Anderson
LYNBERG & WATKINS
1150 S Olive Street, 18th Floor
Los Angeles, California 90015
Tel.: (213) 532-7005
Fax: (213) 892-2763
Email: mlarin@lynberg.com
ahiggs@lynberg.com
hesparza@lynberg.com
gbarning@lynberg.com
randerson@lynberg.com

**Attorneys for Third-Party Defendant, BRPH Construction Service**